COMMONWEALTH vs. RENE S. BUTTS (and a companion case[1]). March 10, 1986. *Practice, Criminal,* Appeal.

The record fails to disclose any "excusable neglect" (Mass.R.A.P. 4[c], 378 Mass. 929 [1979]) for either defendant's not filing a timely notice of appeal (see *Fergione* v. *Minuteman Regional Vocational Technical Sch. Dist.,* 396 Mass. 1015, 1016 [1986]), but we see no point in remanding for exploration of that question because we are not persuaded that either defendant was harmed by any error that may have been committed.

*Appeals dismissed.*

*Andrew Silverman,* Committee for Public Counsel Services, for Thomas L. Preziosi.

*Patrick J. Riley,* for Rene S. Butts, submitted a brief.

*Kevin M. Burke,* District Attorney, *& Dyanne Klein Polatin,* Assistant District Attorney, for the Commonwealth, submitted a brief.